## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BUFORD CLARK, ADC #150630                                                                                PLAINTIFF

V.                                         2:15CV00087-JLH-JTK

ETHERLY, et al.                                                                                              DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Ford, Davis, and Andrews are DISMISSED from this action, without prejudice.

IT IS SO ORDERED this 7th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE