# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BEAUFORD CLARK,[1]　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #150630

v.　　　　　　　　　　No. 2:15CV00087-JLH-JTK

MARCUS ETHERLY, et al.　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.　Defendants' motion for summary judgment (Document #23) be GRANTED in part, with respect to plaintiff's allegations against defendant Allen, and his allegations concerning his assignment to segregation.

2.　Defendants' motion for summary judgment (Document #23) be DENIED with respect to plaintiff's allegations against defendant Etherly.

IT IS SO ORDERED this 24th day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff testified that his name is Beauford Clark, not Buford Clark. Document #24-3 at 2. The Clerk is directed to correct the docket accordingly.