IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BUFORD CLARK,                                                                               PLAINTIFF
ADC #150630

v.                                       No. 2:15CV00087-JLH-JTK

MARCUS ETHERLY, et al.                                                               DEFENDANTS

**ORDER**

On this 30th day of August, 2018, the Court conducted a telephone conference regarding the status of this case, which is scheduled for trial on Tuesday, September 4, one day after Labor Day. The Court was informed that the plaintiff, Buford Clark, was released from the Arkansas Department of Correction more than a month ago, but his current whereabouts cannot be ascertained. He has not been in contact with his court-appointed lawyer, Arkie Byrd. Ms. Byrd stated that she has no reason to believe that he will appear for trial.

Because Buford Clark has failed to keep in communication with his court-appointed lawyer, and because there is reason to believe that he will not appear for trial on September 4, 2018, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 30th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE